NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney

Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:92-CR-144 (JKS) |
| | ) | |
| v. | ) | |
| | ) | |
| Juanita Casas-Olayvar, | ) | **PLAINTIFF'S MOTION** |
| | ) | **TO RELEASE ATTACHED** |
| Defendant. | ) | **PFD FUNDS** |
| | ) | |

        Plaintiff the United States of America, by and through the
United States Attorney for the District of Alaska, hereby moves
this Court to release funds currently held in the Court's Registry.

        1.    On or about May 12, 2006, a Writ of Execution pursuant to
Alaska Statute 43.23.065 was entered in this action attaching
defendant's Alaska Permanent Fund dividend payment for 2006.

        2.    Alaska Statute 43.23.065(d) frees plaintiff from the
service requirement of notifying the debtor of the writ.  The
Alaska Department of Revenue automatically notifies the debtor of

attached PFD funds at the time the funds are turned over to the Court.

3.    Pursuant to execution of the Writ, on or about December 4, 2006, dividend monies from the State of Alaska in the amount of $1,104.96 were deposited into the Registry of this Court.

4.    More than thirty (30) days have elapsed since the State notified the defendant of his right to object.  To date, no objection has been filed.  Defendant's right to object is now in default.

WHEREFORE, plaintiff hereby requests that the attached funds in the amount of $1,104.96 currently held in the Court's Registry be released from the Registry and deposited by the Clerk of Court into U.S. Treasury Account "0022-6855XX" (XRFA, XRNF) as payment toward defendant's criminal restitution.

RESPECTFULLY SUBMITTED this 20th day of December, 2006, at Anchorage, Alaska.

NELSON P. COHEN
UNITED STATES ATTORNEY


s/Richard L. Pomeroy
RICHARD L. POMEROY
ASSISTANT U.S. ATTORNEY
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No.: 8906031

**DOCUMENT NAME**
Juanita Casas-Olayvar
3:92-CR-144 (JKS)                    2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing

<u>Motion to Release PFD Funds</u> was mailed this 20th day of December,

2006, to the following:

Juanita Casas-Olayvar
903 West 30th Avenue Apt. B1
Anchorage, AK 99503


<u>s/Richard L. Pomeroy</u>
Office of U.S. Attorney


**DOCUMENT NAME**
Juanita Casas-Olayvar
3:92-CR-144 (JKS)                 3