NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Juanita Casas-Olayvar,<br>Defendant. | No. 3:92-CR-144 (JKS)<br><br>**PROPOSED ORDER TO RELEASE ATTACHED PFD FUNDS** |

Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

The attached funds, in the amount of $1,104.96, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account "0022-6855XX", as payment toward Defendant's criminal restitution.

IT IS SO ORDERED.

DATED:_______________________

______________________________
UNITED STATES DISTRICT JUDGE

**DOCUMENT NAME**
Juanita Casas-Olayvar
3:92-CR-144 (JKS)